UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENATA ROCHELLE FOREMAN | CIVIL ACTION |
| VERSUS | NO. 23-817 |
| UNITED STATES MARSHAL'S SERVICE, *et al.* | SECTION M (2) |

## **ORDER**

Having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 21), and the failure of any party to file an objection to the Report and Recommendation, the Court hereby approves the Report and Recommendation and adopts it as its opinion in this matter.  Therefore,

IT IS ORDERED that plaintiff Renata Rochelle Foreman's 42 U.S.C. § 1983 claims against defendants U.S. Marshal's Service, Chief Judge Shelly D. Dick, FBI agents Joshua Wilburn, Stephanie Hanson, and Thomas Gohkey, Agent DOL-OIG Michael Greer, and Magistrate Judges Janis Van Meerveld and Karen Wells Roby, each in an official and individual capacity, are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A as malicious, frivolous, and otherwise for failure to state a claim for which relief can be granted.

IT IS FURTHER ORDERED that Foreman's *Bivens* claims against defendants U.S. Marshal's Service, Chief Judge Dick, FBI agents Wilburn, Hanson, and Gohkey, Agent DOL-OIG Greer, and Magistrate Judges Van Meerveld and Roby, each in an official capacity, are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915e and 1915A as malicious, frivolous, and otherwise for failure to state a claim for which relief can be granted.

IT IS FURTHER ORDERED that Foreman's *Bivens* claims against defendants Chief Judge Dick, Magistrate Judges Van Meerveld and Roby, and the unknown deputy U.S. Marshals, each in an individual capacity, are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A as malicious, frivolous, for failure to state a claim for which relief can be granted, and/or for seeking monetary relief against an immune defendant.

IT IS FURTHER ORDERED that Foreman's *Bivens* claims against defendants FBI agents Wilburn, Hanson, and Gohkey, and Agent DOL-OIG Greer, each in an individual capacity, are DISMISSED WITH PREJUDICE as malicious and/or until such time as the *Heck* conditions are met.

New Orleans, Louisiana, this 7th day of June, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE